■ In the Matter of LEOPOLIAN P., III, and Another, Infants. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; TIFFANY B., Appellant, et al. Respondent. [919 NYS2d 419]—

Present—Centra, J.P., Fahey, Carni, Green and Gorski, JJ.